UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| VALLIE B. McCORMICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:05CV204 RWS |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on a Report and Recommendation that this matter be remanded

to the Commissioner of Social Security for further proceedings. Neither of the parties has filed

an objection to this recommendation. As a result, this case will be remanded under sentence-four

of 42 U.S.C. § 405(g).

This matter was referred to United States Magistrate Judge David D. Noce for a Report

and Recommendation pursuant to 28 U.S.C. § 636(b). Judge Noce issued a Report and

Recommendation on January 25, 2007 that recommended that the case be remanded for the

Commissioner to award disability benefits based upon a period of disability beginning on

September 13, 1999.

Any objections to Judge Noce' Report and Recommendation had to be filed by February

8, 2007. Neither of the parties has filed an objection as the date of this order.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States

Magistrate Judge Noce is **SUSTAINED, ADOPTED AND INCORPORATED** herein.

**IT IS FURTHER ORDERED that**, pursuant to sentence-four of 42 U.S.C. § 405(g), the

decision of the Administrative Law Judge is **REVERSED** and the case is **REMANDED** for the

Commissioner to award disability benefits based upon a period of disability beginning on

September 13, 1999.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 21st day of February, 2007.